

## NUMBER 13-14-00268-CV

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

### IN RE MARKUS ANTONIUS GREEN

### On Petition for Writ of Mandamus.

## MEMORANDUM OPINION

### Before Justices Garza, Benavides, and Perkes
### Memorandum Opinion Per Curiam[1]

Relator, Markus Antonius Green, proceeding pro se, filed a petition for writ of mandamus in the foregoing cause on May 12, 2014, through which he seeks, inter alia, to vacate an allegedly void order and obtain a new trial. [2]

---

[1] *See* TEX. R. APP. P. 52.8(d) ("When denying relief, the court may hand down an opinion but is not required to do so."); TEX. R. APP. P. 47.4 (distinguishing opinions and memorandum opinions).

[2] Relator has had many other appeals and original proceedings in this Court. *See, e.g., In re Green*, No. 13-14-00260-CR, 2014 WL ____ (Tex. App.—Corpus Christi May 12, 2014, orig. proceeding) (per curiam) (mem. op., not designated for publication); *In re Green*, Nos. 13-14-00250-CR, 13-14-00251-CR, 13-14-00252-CR, 13-14-00253-CR, & 13-14-00254-CR, 2014 WL ____ (Tex. App.—Corpus Christi May 12, 2014, orig. proceeding) (per curiam) (mem. op., not designated for publication); *Green v. State*, Nos. 13-14-00169-CR & 13-14-00170-CR, 2014 WL 1514167 (Tex. App.—Corpus Christi Apr. 17, 2014, no pet.) (per curiam) (mem. op., not designated for publication); *In re Green*, No. 13-14-000208-CR, 2014 WL 1457819 (Tex. App.—Corpus Christi Apr. 9, 2014, orig. proceeding) (per curiam) (mem. op., not designated

This Court's original jurisdiction is governed by section 22.221 of the Texas Government Code.  *See* TEX. GOV'T CODE ANN. § 22.221 (West, Westlaw through 2013 3d C.S.).  Section 22.221(b) expressly limits the mandamus jurisdiction of the courts of appeals to writs of mandamus issued against "a judge of a district or county court in the court of appeals' district" or against a "judge of a district court who is acting as a magistrate at a court of inquiry . . . in the court of appeals district."  *See id.* § 22.221(b).  This petition for writ of mandamus concerns events generating from trial court cause number D-1-GN-07-000797 in the 98th District Court of Travis County, Texas.  Travis County is not located within the territorial jurisdiction of this Court.  *See id.* § 22.201(n) (West, Westlaw through 3013 3d C.S.).  Accordingly, we do not have jurisdiction to grant mandamus relief.  *See id.* § 22.221(b).

The Court, having examined and fully considered the petition for writ of mandamus and the applicable law, is of the opinion that we lack jurisdiction over this original proceeding.  Accordingly, relator's petition for writ of mandamus is DISMISSED FOR WANT OF JURISDICTION.  *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

Delivered and filed the
13th day of May, 2014.

---

for publication); *Green v. State*, No. 13-13-00649-CR, 2014 WL 346025 (Tex. App.—Corpus Christi Jan. 30, 2014, no pet.) (per curiam) (mem. op., not designated for publication).  Relator also has three additional pending appeals, each styled *Markus Antonius Green v. State*, in our cause numbers 13-13-00544-CR, 13-13-00545-CR, and 13-13-00546-CR.

2